**EAST COAST SHEET METAL FABRICATING CORP., dba Eastcoast CAD/ CAM, Plaintiff–Appellant**

v.

**AUTODESK, INC., Defendant–Appellee.**

**No. 2015–1717.** ·

United States Court of Appeals, Federal Circuit.

April 12, 2016.

George C. Summerfield, Jr., Stadheim & Grear, Ltd., Chicago, IL, argued for plaintiff-appellant. Also represented by Rolf Stadheim, Kyle L. ·Harvey, Robert M. Spalding, Christopher H. St. Peter.

Robert Allen Long, Jr., Covington & Burling LLP, Washington, DC, argued for defendant-appellee. Also represented by John Arthur Kelly, Lauren Suzanne Willard; Joel Mark Freed, Alexander Ott, Artem Sokolov, McDermott, Will & Emery LLP, Washington, DC.

DYK, WALLACH, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.